UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JASON LEWIS ZILBERBRAND, | ) | No. 17 B 4034 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ILENE F. GOLDSTEIN, not individually, but as chapter 7 trustee for the estate of Jason Lewis Zilberbrand, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19 A 129 |
| | ) | |
| JASON LEWIS ZILBERBRAND, | ) | |
| | ) | |
| Defendant. | ) | Judge Goldgar |

## ORDER DENYING MOTION TO DISMISS

This matter came before the court on the motion of defendant Jason Lewis Zilberbrand under Rule 12(b)(6) of the Federal Rules of Civil Procedure, Fed. R. Civ. P. 12(b)(6) (made applicable by Fed. R. Bankr. P. 7012(b)), to dismiss the adversary complaint of Ilene F. Goldstein for failure to state a claim. For the reasons stated in the court's memorandum opinion dated today, IT IS HEREBY ORDERED:

The motion is denied.

Dated: July 18, 2019

_____
A. Benjamin Goldgar
United States Bankruptcy Judge