# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | July 18, 2019 |
| **Bankruptcy Case** | No. 17 B 4034 | **Adversary** | No. 19 A 129 |

**Brief Statement of Motion**

Goldstein v. Zilberbrand

Scheduling order

**Names and Addresses of moving counsel**

**Representing**

## ORDER

The court having ruled on the pending motion to dismiss, the ruling date of July 31, 2019, is stricken. Initial discovery cut-off is October 23, 2019. This matter is set for a status hearing on October 23, 2019, at 10:00 a.m.

*/s/ A. Benjamin Goldgar*