**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: | Case No. 17-04034 |
| JASON LEWIS ZILBERBRAND, | Chapter 7 |
| Debtor. | Honorable A. Benjamin Goldgar |
| | Lake County |
| ILENE F. GOLDSTEIN, not individually but as chapter 7 Trustee for the Estate of Jason Lewis Zilberbrand, | |
| Plaintiff, | |
| v. | Adv. No. 19-ap-00129 |
| JASON LEWIS ZILBERBRAND, | |
| Defendant. | |

### **DECLARATION**

NOW COMES Ilene F. Goldstein, not individually, but as chapter 7 Trustee for the estate of Jason Lewis Zilberbrand ("Plaintiff" or "Trustee"), averring to the truth of the allegations in her complaint, and so stating as follows, pursuant to 28 U.S.C. 1746:

1. The United States District Court for the Northern District of Illinois has jurisdiction over this matter, pursuant to 28 U.S.C § 1334 and 28 U.S.C. § 157(a).

2. This matter is a core proceeding pursuant to 28 U.S.C §§ 157(b)(2)(A), (b)(2)(E), and (b)(2)(H).

3. Venue is proper in this District pursuant to 28 U.S.C. § 1408.

4. On February 13, 2017, Jason Lewis Zilberbrand ("Debtor") commenced this bankruptcy case by filing a voluntary petition for relief under 11 U.S.C § 301.

5. I am the duly-appointed, acting, qualified Trustee of the estate of the Debtor.

6. The Debtor's discharge was issued on March 15, 2018.

7. I am familiar with the course of proceedings as creditor David Gassman attempted to dismiss the Debtor's chapter 7 bankruptcy proceeding.

8. After the Debtor's discharge was issued, I obtained information indicating that, in a separate matter at the Circuit Court of Cook County, the Debtor had presented false information in connection with Gassman's motion to dismiss the case.

9. I, and my attorneys, have reviewed pleadings and verified transcripts from the Circuit Court proceedings, along with bank statements, tax documents, deposition testimony, and related materials.

10. I declare affirmatively that the Debtor willfully provided false testimony to the Bankruptcy Court as he defended against Gassman's motion to dismiss.

11. I declare affirmatively that the Debtor was concealing income from the Bankruptcy Court by causing such income to be recorded as income of his wife, Nicole Zilberbrand.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 6, 2019.

**Ilene F. Goldstein, not individually, but as chapter 7 Trustee of the estate of Jason Lewis Zilberbrand**

By: _/s/ Ilene F. Goldstein_

Paul M. Bauch (ARDC #6196619)
Carolina Y. Sales (ARDC #6287277)
Justin R. Storer (ARDC #6293889)
Lakelaw
53 W. Jackson Street, Suite 1115
Chicago, IL 60604
Phone: (312) 360-1501
pbauch@lakelaw.com