UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>JASON LEWIS ZILBERBRAND<br><br>Debtor(s)<br>ILENE F. GOLDSTEIN, not individually, but as chapter 7 Trustee for the Estate of Jason Lewis Zilberbrand<br><br>Plaintiff(s)<br>JASON LEWIS ZILBERBRAND,<br><br>Defendant(s) | BK No.: 17-04034<br>Chapter: 7<br>Honorable A. Benjamin Goldgar<br>Lake County<br><br>Adv. No.: 19-00129 |

### ORDER ALLOWING DEFENDANT TO FILE ANSWER INSTANTER

This matter coming to be heard upon the Motion of Jason Lewis Zilberbrand, Debtor/Defendant herein, for Leave to File Answer Instanter; due and proper notice having been given to all parties in interest; and this Court being fully advised in the premises:

NOW, THEREFORE, IT IS HEREBY ORDERED that the Debtor/Defendant, Jason Lewis Zilberbrand, is hereby allowed to file his Answer Instanter.

Enter:

**AUG 2 8 2019**

Dated:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

**Prepared by:**
Jeffrey C. Dan, Esq.
(Atty. No. 06242750)
Crane, Simon, Clar & Dan
135 South LaSalle Street, Suite 3705

Form G6 (20170308_apo)

Chicago, IL 60603
(312) 641-6777