# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | November 20, 2019 |
| **Bankruptcy Case** | 17 B 04034 | **Adversary No.** | 19 A 00129 |
| **Title of Case** | Ilene F. Goldstein, Trustee v. Jason Lewis Zilberbrand | | |

**Brief Statement of Motion:** Adversary Complaint

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

Discovery cutoff is extended to December 18, 2019.

Status hearing on this matter is set for December 18, 2019, at 10:00 a.m. in courtroom 642.

*/s/ A. Benjamin Goldgar*