IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 17-04034** |
| **JASON LEWIS ZILBERBRAND,** | ) | |
| | ) | **Chapter 7** |
| **Debtor.** | ) | |
| | ) | **Honorable A. Benjamin Goldgar** |
| | ) | **Lake County** |
| | ) | |
| **ILENE F. GOLDSTEIN, not individually but as chapter 7 Trustee for the Estate of Jason Lewis Zilberbrand,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Adv. No. 19-00129** |
| | ) | |
| **JASON LEWIS ZILBERBRAND,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

**To:**   See attached list

PLEASE TAKE NOTICE that on **June 29, 2020, at 10:00 a.m.**, we will appear before the Honorable A. Benjamin Goldgar, or such other Judge as may be presiding in that Judge's place, and present the motion of Ilene F. Goldstein, not individually, but as chapter 7 Trustee for the Estate of Jason Lewis Zilberbrand, to dismiss the above-captioned adversary case, a copy of which is attached.

**This Motion will be presented and heard telephonically.** No personal appearance in Court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Any creditors who wish to adopt and prosecute the adversary proceeding in question must seek leave to do so at or before the hearing on the motion to dismiss.

**Ilene F. Goldstein**

By: _/s/ Paul M. Bauch_
Lakelaw
53 W. Jackson, Suite 1115
Chicago, IL 60604
312.588.5000
pbauch@lakelaw.com

### CERTIFICATE OF SERVICE

I, Justin Storer, certify that I served a copy of this notice and the attached motion on each entity shown on the attached service list at the address shown and by the method indicated on the list on June 8, 2020, at 5:00 p.m.

/s/ Justin R. Storer

## SERVICE LIST

**Via CM/ECF electronic noticing:**

Jeffrey C. Dan
Goldstein & McClintock
111 W. Washington Street
Suite 1221
Chicago, IL 60602

And all other parties that requested or that receive electronic notice

**Via email to asimon@cranesimon.com:**

Arthur Simon
Crane, Simon, Clar & Goodman
135 S. LaSalle Street
Suite 3705
Chicago, Illinois 60603

**Via first class mail, postage prepaid:**

All parties on following mailing list

| | | |
|---|---|---|
| 800 West Belmont, Inc. and 3210 N. Halsted I<br>David Gassman<br>3210 North Halsted #3<br>Chicago IL 60657-3414 | Advocate Health Care<br>P.O. Box 3079<br>Oak Brook, IL 60522 | Alter and Peece<br>Monadnock Bldg<br>53 W. Jackson Blvd<br>Chicago, IL 60604-3606 |
| American Express<br>200 Vesey Street<br>New York, NY 10285-3106 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Anderson Pest Control<br>1100 W. Jackson Blvd.<br>Chicago, IL 60607-2906 |
| (p)VOLKSWAGEN CREDIT UNION<br>1401 FRANKLIN BLVD<br>LIBERTYVILLE IL 60048-4460 | Automatic Icemaker<br>3725 N. Talman Ave.<br>Chicago, IL 60618-4712 | Badger Mutual Insurance Corp<br>1635 W. National Ave.<br>Milwaukee, WI 53204-1199 |
| Bank of America<br>P.O. Box 15284<br>Wilmington, DE 19850-5284 | Benjamin Newby LLC<br>300 N. State Street, Apt. 3112<br>Chicago, IL 60654-3053 | Benjamin Newby LLC<br>300 State Street, Suite 4238<br>Chicago, IL 60654-5414 |
| Boi Magazine<br>3705 N. Halsted<br>Chicago, IL 60613-3906 | Candice M. Zilberbrand<br>Joel A Schechter<br>53 West Jackson Blvd. Suite 1522<br>Chicago IL 60604-3761 | Cintas<br>5600 W. 73rd Street<br>Chicago, IL 60638-6273 |
| Coca Cola<br>12200 Laramie Ave.<br>Alsip, IL 60803-3199 | Comcast<br>8745 W. Higgins Rd.<br>Chicago, IL 60631-2750 | Comity Bank<br>P.O. Box 182273<br>Columbus, OH 43218-2273 |
| Covert Nine<br>770 W. Gladys Ave., #402<br>Chicago, IL 60661-5443 | DLG Inc./800 W. Belmont Inc.<br>800 W. Belmont Ave.<br>Chicago, IL 60657-9021 | Dando Productions LLC<br>329 Clinton Street, #3<br>Brooklyn, NY 11231-3739 |
| Dante Lopresti<br>Evans, Loewenstein, Shimanovsky<br>130 S. Jefferson, Suite 350<br>Chicago, IL 60661-5762 | Dante The Don LLC<br>365 N. Halsted, Apt. 1502<br>Chicago, IL 60661-1375 | David Gassman<br>Bauch & Michaels LLC<br>53 W. Jackson Blvd Suite 1115<br>Chicago IL 60604-3566 |
| Fortune Fish Co.<br>1068 Thorndale Ave.<br>Bensenville, IL 60106 | Gray Bear LLC<br>PO Box 403<br>Fort Collins, CO 80522-0403 | Great American Cheese Collections<br>4727 S. Talman Ave.<br>Chicago, IL 60632-1406 |

| | | |
|---|---|---|
| Jane Anderson<br>Anderson & Moore<br>111 W. Washington Street Suite 1720<br>Chicago, IL 60602-2858 | Just Ice<br>2621 W. Grand Ave.<br>Chicago, IL 60612-1116 | LKH Management<br>3750 N. Halsted Street<br>Chicago, IL 60613-3907 |
| Lincoln Park Beverage Co<br>1937 W. Diversy Pkwy<br>Chicago, IL 60614-1074 | MBNA<br>P.O. Box 15284<br>Wilmington, DE 19850-5284 | Mick Klug Farm<br>8795 Scott Dale Road<br>Saint Joseph, MI 49085 |
| Mickey's Linen<br>4601 W. Addison<br>Chicago, IL 60641-9911 | Neil Cole<br>1817 W. Iowa St.<br>Chicago, IL 60622-4932 | Nicole Zilberbrand<br>4560 Eleanor Drive<br>Lake Zurich, IL 60047-5260 |
| North Halsted Business Association<br>3656 N. Halsted<br>Chicago, IL 60613-5979 | Northwestern Medicine<br>28155 Network Place<br>Chicago, IL 60673-1281 | Odd Produce<br>6027 N. Lawndale<br>Chicago, IL 60659 |
| One Room Solutions<br>18400 W. IL Route 120, #115<br>Grayslake, IL 60030-9204 | Paint Craft<br>1813 W. Grand Ave.<br>Chicago, IL 60622-6231 | Peoples Gas<br>P.O. Box 19100<br>Green Bay, WI 54307-9100 |
| Powell Law Firm<br>320 W. Ohio Ste 501<br>Chicago, IL 60654-7816 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | RCN<br>1640 W. Bradley Price<br>Union, IL 60180 |
| Red Hen Bread<br>250 N. Western Ave.<br>Chicago, IL 60612-2224 | Sheffield Financial<br>6010 Golding Drive<br>Winston Salem, NC 27103 | Sheffield Financial<br>P.O. Box 580229<br>Charlotte, NC 28258-0229 |
| Sheffield Financial<br>PO Box 1847<br>Wilson, NC 27894-1847 | Signs By Tomorrow<br>2834 N. Halsted St.<br>Chicago, IL 60657-5151 | Smart Mouth Designs Inc.<br>c/o Alex Morales<br>2015 W. Ohio<br>Chicago, IL 60612-1583 |
| Southern Wine and Spirits<br>250 N. Artesian Ave.<br>Chicago, IL 60612-2149 | Superior Ambulance<br>395 W. Lake Street<br>Elmhurst, IL 60126-1508 | Swinoler Spavola CPA<br>343 W. Erie St., #510<br>Chicago, IL 60654-5735 |
| Walsh Security<br>725 W. Sheridan Rd.<br>Chicago, IL 60613-3239 | Wilcox Law Firm<br>14 N. Sangamon Street<br>Chicago, IL 60607-2658 | Windy City Media<br>1940 W. Irving Park Rd.<br>Chicago, IL 60613-2468 |

```
Wirtz Beverage Systems           Ilene F Goldstein ESQ                 Jason Lewis Zilberbrand
3333 S. Laramie Ave.             Law Offices of Ilene F. Goldstein     4560 Eleanor Drive
Cicero, IL 60804-4520            900 Skokie Blvd                       Long Grove, IL 60047-5260
                                 Ste 128
                                 Northbrook, IL 60062-4052


Jeffrey C Dan                    Patrick S Layng
Goldstein & McClintock LLLP      Office of the U.S. Trustee, Region 11
111 West Washington              219 S Dearborn St
Suite 1221                       Room 873
Chicago, IL 60602-3482           Chicago, IL 60604-2027
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | **Case No. 17-04034** |
| **JASON LEWIS ZILBERBRAND,** ) | |
| ) | **Chapter 7** |
| Debtor. ) | |
| ) | **Honorable A. Benjamin Goldgar** |
| ) | |
| ) | **Lake County** |
| **ILENE F. GOLDSTEIN, not individually** ) | |
| **but as chapter 7 Trustee for the Estate of** ) | |
| **Jason Lewis Zilberbrand,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Adv. No. 19-00129** |
| ) | |
| **JASON LEWIS ZILBERBRAND,** ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

### MOTION TO DISMISS

Now comes Ilene F. Goldstein ("Trustee"), not individually, but as the Chapter 7 Trustee for the estate of Jason Lewis Zilberbrand ("Debtor"), hereby moves for an order dismissing the above-captioned bankruptcy case, with prejudice, but with leave to reinstate pursuant to settlement. In support of this Motion, the Trustee states as follows:

### JURISDICTION & VENUE

1. The Court has jurisdiction over this case under 28 U.S.C. §§ 157 and 1334. This is a core proceeding under, *inter alia*, 28 U.S.C. § 157(b)(2)(A), (N), and (O).

2. Venue is proper in this district under 28 U.S.C. §§ 1408 and 1409.

3. By Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois, the District Court has referred all bankruptcy cases to the Bankruptcy Court for initial determination.

## FACTUAL & PROCEDURAL BACKGROUND

4. Debtor filed a voluntary chapter 7 petition on February 23, 2017 ("Petition Date").

5. Ilene F. Goldstein is the duly appointed, qualified, and acting trustee in this case.

6. On March 12, 2019, the Trustee has filed an adversary complaint, endeavoring to revoke the Debtor's discharge, styled *Ilene F. Goldstein, not individually, but in her capacity as chapter 7 Trustee for the Estate of Jason Lewis Zilberbrand v. Jason Lewis Zilberbrand*, Case No. 19 AP 00129 in the Bankruptcy Court ("the "Jason Zilberbrand Discharge Adversary").

7. Furthermore, in a separate adversary proceeding in her service as Jason Lewis Zilebrbrand's chapter 7 Trustee, Trustee had occasion to obtain a judgment against Jason Lewis Zilberbrand's wife, Nicole Zilberbrand, in the amount of $199,405.20, plus all costs and fees.

8. On July 1, 2019, Nicole Zilberbrand filed her chapter 7 bankruptcy case.

9. On October 3, 2019, as a creditor of Nicole Zilberbrand by virtue of her judgment against Nicole Zilberbrand, Trustee commenced adversary proceeding *Ilene F. Goldstein, not individually, but in her capacity as chapter 7 Trustee for the Estate of Jason Lewis Zilberbrand v. Nicole Elizabeth Zilberbrand*, Case No. 19 AP 00963 in the Bankruptcy Court, seeking to deny the dischargeability of her judgment, as well as deny Nicole Zilberbrand's discharge (the "Nicole Zilberbrand Discharge Adversary").

10. The Trustee has negotiated a global settlement with Jason Zilberbrand and Nicole Zilberbrand, whereby they, collectively, would pay the Trustee the sum of $100,000.00 (the "Settlement Sum") over a period of time, with an initial payment of $25,000.00, and payments of

$6,250 per month for the following twelve months, as fully set forth in the Settlement Agreement, in exchange for the dismissal, with prejudice but with leave to reinstate, of both the Jason Zilberbrand Discharge Adversary and the Nicole Zilberbrand Discharge Adversary.

11.   The Court's order granting the Trustee authority to compromise both adversaries and enter into that settlement agreement was entered on June 1, 2020.

12.   Pursuant to the settlement agreement, the Trustee now moves to dismiss the above-captioned adversary case.

## REQUESTED RELIEF

13.   The Trustee requests that the Court enter an order dismissing her complaint with prejudice, with leave to reinstate on or before August 1, 2021, if the settlement is breached.

## BASIS FOR REQUESTED RELIEF

14.   Pursuant to Local Bankruptcy Rule 7041-1, no adversary proceeding objecting to or seeking to revoke a debtor's discharge under Section 727 of the Bankruptcy Code will be dismissed except on motion and hearing after 21 days' notice to the Debtor, the United States Trustee, the trustee, and all creditors and other parties of record. The motion must specifically describe the consideration promised, given, or received.

15.   Plaintiff submits that the notice requirement will have been satisfied, and that this motion, above, specifically describes the consideration promised for the dismissal of this adversary.

15.   As detailed in the settlement motion, the Plaintiff, in in the exercise of her business judgment, believes that the settlement embodied in the Settlement Agreement, and so now dismissing the adversary case, is in the best interests of the estate and well within the range of reasonableness.

## **NOTICE**

18. The Trustee has provided no fewer than twenty-one (21) days' notice of the hearing on this motion to Jason Lewis Zilberbrand and Nicole Elizabeth Zilberbrand, their counsel, an attorney at their counsel's prior law firm who has not appeared but who has advised that he is now representing Jason Lewis Zilberbrand and Nicole Elizabeth Zilberbrand, the Office of the United States Trustee, all scheduled creditors of either debtor, as well as all parties that have requested or receive notice through CM/ECF. For the above reasons, the Trustee requests that the Court find the notice provided for herein adequate and proper.

**WHEREFORE**, Ilene F. Goldstein, chapter 7 Trustee of the estate of Jason Lewis Zilberbrand, respectfully requests that this Court enter an order dismissing this adversary case, with prejudice, but with leave to reinstate on or before August 1, 2021.

**Date: June 8, 2020**            **Ilene F. Goldstein**

By: _/s/ Paul M. Bauch_
Lakelaw
53 W. Jackson, Suite 1115
Chicago, IL 60604
312.588.5000
pbauch@lakelaw.com